No. 1405, Misc. CHARLTON v. COX, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1411, Misc. BYNUM v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1413, Misc. WAHL v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1416, Misc. GRESHAM v. WILSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1424, Misc. WEIGAND v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1425, Misc. HUMPHRIES v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1430, Misc. ORR v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1439, Misc. McCOMBS v. COX, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1440, Misc. FRAZEE v. COX, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1441, Misc. WHITING v. COX, WARDEN. C. A. 10th Cir. Certiorari denied.